Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of James Diskin, Respondent, against 99 Wall Street Corporation et al., Appellants, and Special Fund for Reopened Cases, Respondent. Workmen's Compensation Board, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.